**Order filed January 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00270-CV
_____

## DON WADE, Appellant

## V.

## HOUSEHOLD FINANCE CORP. III, Appellee

**On Appeal from the County Court at Law No 1**
**Caldwell County, Texas**
**Trial Court Cause No. 6311**

## ORDER

On August 29, 2018, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

Accordingly, we order appellant's brief filed August 29, 2018 stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within fifteen (15) days** of the date of this order. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), where an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.